IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IKARA CHRISTIANA EARNESTINE
EUGE VAGANTE DE ROSSITTE                                                    PLAINTIFF

v.                                        Case No. 6:23-cv-06008

WELLPATH, LLC; DR. THOMAS
DANIEL; CHRIS HORAN; CHARLOTTE
GARDNER; DOE WELLPATH ADMINISTRATORS;
and WELLPATH LIQUIDATING TRUST                                             DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation filed on March 6, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 87).  Judge Comstock recommends that Defendants' Motion for Summary Judgment on the Merits (ECF No. 52) be granted in part and denied in part.  Specifically, Judge Comstock recommends that the Motion for Summary Judgment be denied as to Defendants Dr. Thomas Daniel and Chris Horan on Claim Two for denial of medical care for Plaintiff's eye conditions.  Judge Comstock recommends that the Motion for Summary Judgment be granted as to Plaintiff's Claims One and Three, and as to Defendant Charlotte Gardner on Plaintiff's Claim Two.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 87) *in toto*.  Accordingly, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 52) should be and hereby is **GRANTED IN PART AND DENIED IN PART**:

1. Defendant's Motion (ECF No. 52) is **GRANTED** on Claims One and Three, and Defendants Wellpath, LLC and Doe Wellpath Administrators are **TERMINATED** as Defendants in this case;

2. Plaintiff's Claims One and Three are **DISMISSED WITH PREJUDICE;**

3. Defendants' Motion (ECF No. 52) is **GRANTED** as to Defendant Charlotte Gardner on Claim Two, and Defendant Charlotte Gardner is **TERMINATED** as a Defendant in this case;

4. Defendants' Motion (ECF No. 52) is **DENIED** as to Defendants Dr. Thomas Daniel and Chris Horan on Claim Two for denial of medical care for Plaintiff's eye conditions.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge